SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | Civil Action No. 06ca618 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Superior Court Clerk
Superior Court of the District of Columbia, Civil Division
500 Indiana Avenue, N.W.
Washington, D.C. 20001

PLEASE TAKE NOTICE that on the 2nd day of March, 2006, the undersigned attorneys for defendants Blimpie Associates Ltd., 2001 B.A. Realty, Inc., and D.C.B.G., Inc. caused to be filed with the Clerk of the United States District Court for the District of Columbia the attached copy of their Notice of Removal in the above-captioned action originally filed in this Court on January 31, 2006.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the Unites States District Court, together with the filing of a copy of it with the Clerk of this Court, effects removal of the above-captioned action to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

W706387.1

Respectfully submitted,

**BLIMPIE ASSOCIATES, LTD., and
2001 B.A. REALTY, INC.,**
By their attorneys,

_____
Christopher J. Wallace (Bar No. 476942)
Arthur L. Pressman
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8080

**D.C.B.G., INC.,**
By their attorneys,

_____
Tarrant H. Lomax (Bar No. 961409)
TARRANT H. LOMAX, ESQ., P.C.
4530 Wisconsin Avenue, N.W., #200
Washington, D.C. 20016
(202) 537-7320

Dated:  March 2, 2006

### CERTIFICATE OF SERVICE

I, Christopher J. Wallace, do hereby certify that a true copy of the above document was served by first class mail upon counsel for Plaintiff, this 2nd day of March 2006 at the following address:

William S. Fulton, Jr.
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

_____
Christopher J. Wallace

W706387.1