## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. _____ |
| BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., | |
| Defendants. | |

## CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

Defendants Blimpie Associates Ltd., 2001 B.A. Realty, Inc., and D.C.B.G., Inc. hereby certify that, in accordance with 28 U.S.C. § 1446(d), they provided written notice of the filing of their Notice of Removal to counsel for all parties to this action, and they filed a copy of the Notice of Removal with the Clerk of the Superior Court of the District of Columbia.  A copy of the documents defendants filed in the Superior Court of the District of Columbia, entitled Notice of Filing of Notice of Removal, is attached hereto.

Respectfully submitted,

**BLIMPIE ASSOCIATES, LTD., and 2001 B.A. REALTY, INC.,**
By their attorneys,

_____
Leslie P. Machado (Bar No. 472395)
Arthur L. Pressman
Christopher J. Wallace
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8080

W707302.1

**D.C.B.G., INC.,**
By their attorneys,

Tarrant H. Lomax (Bar No. 961409)
TARRANT H. LOMAX, ESQ., P.C.
4530 Wisconsin Avenue, N.W., #200
Washington, D.C. 20016
(202) 537-7320

Dated: March 2, 2006

## CERTIFICATE OF SERVICE

I, Christopher J. Wallace, do hereby certify that a true copy of the above document was served by first class mail upon counsel for Plaintiff, this 2nd day of March 2006 at the following address:

William S. Fulton, Jr.
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Christopher J. Wallace