UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. _____ |

**BLIMPIE ASSOCIATES, LTD.**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant Blimpie Associates, Ltd. hereby discloses that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

**BLIMPIE ASSOCIATES, LTD.,**
By their attorneys,

_____
Leslie P. Machado (Bar No. 472395)
Arthur L. Pressman
Christopher J. Wallace
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8080

Dated: March 2, 2006

W706450.1