# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. _____ |

## 2001 B.A. REALTY, INC.
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant 2001 B.A. Realty, Inc. hereby discloses that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

**2001 B.A. REALTY, INC.,**
By their attorneys,

_____
Leslie P. Machado (Bar No. 472395)
Arthur L. Pressman
Christopher J. Wallace
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8080

Dated: March 2, 2006

W706452.1