UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. _____ |

**D.C.B.G., INC.**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant D.C.B.G., Inc. hereby discloses that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

**D.C.B.G., INC.,**
By their attorneys,

/s/ Tarrant H. Lomax
Tarrant H. Lomax (Bar No. 961409)
TARRANT H. LOMAX, ESQ., P.C.
4530 Wisconsin Avenue, N.W., #200
Washington, D.C. 20016
(202) 537-7320

Dated: March 2, 2006

W706454.1