IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Chandar Ratnam et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 1:06-cv-00372-JR |
| **v.** ) | |
| ) | |
| **Blimpie Assoc. Ltd., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Paul J. Kiernan, of Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006, as counsel for Defendant, H Street Community Development Corporation, in the above-captioned matter.

Dated: March 21, 2006

Respectfully submitted,

Paul J. Kiernan
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)

# 2786791_v1