# EXHIBIT A

Case 1:06-cv-00372-JR    Document 7-2    Filed 03/21/2006    Page 1 of 2

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION, LANDLORD AND TENANT BRANCH
409 E Street., NW • Building B Room 110
Washington, D.C. 20001     Telephone (202) 879-1152

COPY

L.&T. 045524 05

H STREET COMMUNITY DEVELOPMENT CORPORATION vs. 2001 B.A. REALTY REALTY, INC.
Plaintiff/Landlord                                        Defendant/Tenant

501 H STREET, N.E.                                        SERVE: NICHOLAS LAGANO, CEO
Address                                                   Address

WASHINGTON, D.C. 20002                                    ___ZA, 18th FL., NY, NY 10001
                                Zip Code                                              Zip Code

**COMPLAINT FOR POSSESSION OF REAL ESTATE**
**LANDLORD & TENANT FORM 1**

DISTRICT OF COLUMBIA, ss:

YULONDA QUEEN _____ being first duly sworn, states: ☐ he or she is the landlord and/or ☐ licensed real estate broker or ☒ the landlord's authorized agent of the house, apartment or office located at 777 H STREET, N.E., SUITE OR FIRST FLOOR _____ Washington, D.C. The property is in the possession of the defendant, who holds it without right. The landlord seeks possession of the property because:

A. ☒ The tenant failed to pay: $ 41,492.37 , total rent due from DEC. 01, 2004 to DEC. 14, 2005 ; $ _____ , late fees; and/or $ _____ , other fees (Specify) _____
The monthly rent is $ 6,283.33 . The total amount due to the landlord is $ 41,492.37**
Notice to quit has been: ☒ served as required by law  ☐ waived in writing.

B. ☒ Tenant failed to vacate property after notice to quit expired. (copy attached).

C. ☒ For the following reason: (explain fully). FAILED TO KEEP THE BUSINESS OPEN AND OPERATIONAL ACCORDING TO TERMS OF THE LEASE.
Notice to quit is:  ☐ not required  ☐ waived in writing  ☐ other

**plus attys. fees and costs

Therefore, the landlord asks the Court for:
☒ judgment for possession of the property described.
☒ judgment for rent, late fees, other fees and costs in the amount of $ 41,492.37**
☒ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

Subscribed before me this 22nd day of December , 20 05 .

_Barbara Jean Abney_ 2-28-2010                    _____
Notary Public,     My Commission expires:          Plaintiff/Landlord or Agent

**SUMMONS — TO APPEAR IN COURT**
YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON JAN 1 9 2006 20___ AT 9:00 A.M, PROMPTLY, in Landlord and Tenant Court, 409 E Street, NW, Building B Room 110 to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

**CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL**
A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL JAN 1 9 2006 A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, 409 E Street, NW, Building B Room 110 a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

ROXAN A. KERR – HOLLAND & KNIGHT LLP
Plaintiff's/Landlord's Attorney
Abogado del demandante/Arrendador

2099 PENNSYLVANIA AVENUE, WASHINGTON, DC 20006
Address/Direccion                    Zip Code/Codigo postal

(202) 955-3000                       490310
Phone No.                            Unified Bar No.
Telefono No.                         de afiliacion
                                     Sociedad de Abogados

CLERK OF THE COURT
SECRETARIO DEL TRIBUNAL

Costs of this suit to date are
Costos del jucio hasta la fecha

$ _____

**READ CAREFULLY THE INSTRUCTION ON REVERSE SIDE. BRING THIS SUMMONS WITH YOU AT ALL TIMES.**
**LEA CUIDADOSAMENTE LAS INSTRUCCIONES AL REVERSO DE LA PAGINA. LLEVE SIEMPRE CONSIGO ESTA ORDEN.**