# EXHIBIT B

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION, LANDLORD AND TENANT BRANCH
409 E Street., NW • Building B Room 110
Washington, D.C. 20001   Telephone (202) 879-1152

COPY

**045523 05**
L.&T. _____

H STREET COMMUNITY DEVELOPMENT CORPORATION vs. CHAN WOOD, INC.
Plaintiff/Landlord                                          Defendant/Tenant

101 H STREET, N.E.                        serve: CHANDAR RATNAM, PRESIDENT
Address                                    Address
                                          14110 GABRIELLE WAY
WASHINGTON, D.C. 20002                    VA 20121
                Zip Code                                  Zip Code

**COMPLAINT FOR POSSESSION OF REAL ESTATE**
**LANDLORD & TENANT FORM 1**

DISTRICT OF COLUMBIA, ss:

YULONDA QUEEN _____ being first duly sworn, states: ☐ he or she is the landlord and/or ☐ licensed real estate broker or ☒ the landlord's authorized agent of the house, apartment or office located at **777 H STREET, N.E., SUITE OR FIRST FLOOR** _____ Washington, D.C.

The property is in the possession of the defendant, who holds it without right. The landlord seeks possession of the property because:

A. ☒ The tenant failed to pay: $ **41,492.37**, total rent due from **DEC. 25, 2004** to **DEC. 14, 2005**; $ _____, late fees; and/or $ _____, other fees (Specify) _____
The monthly rent is $ **6,283.33**. The total amount due to the landlord is $ **41,492.37****
Notice to quit has been: ☒ served as required by law   ☐ waived in writing.

B. ☒ Tenant failed to vacate property after notice to quit expired. (copy attached).

C. ☒ For the following reason: (explain fully). **FAILED TO KEEP THE BUSINESS OPEN AND OPERATIONAL ACCORDING TO TERMS OF THE LEASE.**
Notice to quit is: ☐ not required   ☐ waived in writing   ☐ other

Therefore, the landlord asks the Court for:                    **plus attys. fees
  ☒ judgment for possession of the property described.         and costs**
  ☒ judgment for rent, late fees, other fees and costs in the amount of $ **41,492.37****.
  ☒ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

Subscribed before me this ___22nd___ day of ___December___, 20_05_.

_Barbara Jean Abney 2-28-2010_                _[signature]_
Notary Public,        My Commission expires:    Plaintiff / Landlord or Agent

**SUMMONS — TO APPEAR IN COURT**

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON **JAN 19 2006**, 20____ AT 9:00 A.M, PROMPTLY, in Landlord and Tenant Court, 409 E Street, NW, Building B Room 110 to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

**CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL**

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL **JAN 19 2006** A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, 409 E Street, NW, Building B Room 110 a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

ROXAN A. KERR - HOLLAND & KNIGHT LLP
Plaintiff's/Landlord's Attorney
Abogado del demandante/Arrendador                         CLERK OF THE COURT
                                                         SECRETARIO DEL TRIBUNAL
**2099 PENNSYLVANIA AVENUE, WASHINGTON, DC 20006**
Address/Direccion                    Zip Code/Codigo postal
                                                         Costs of this suit to date are
**(202) 955-3000**              **490310**               Costos del juicio hasta la fecha
Phone No.                        Unified Bar No.
Telefono No.                     de afiliacion           $ _____
                                 Sociedad de Abogados

---
**READ CAREFULLY THE INSTRUCTION ON REVERSE SIDE. BRING THIS SUMMONS WITH YOU AT ALL TIMES.**
**LEA CUIDADOSAMENTE LAS INSTRUCCIONES AL REVERSO DE LA PAGINA. LLEVE SIEMPRE CONSIGO ESTA ORDEN.**