UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

**DECLARATION OF CHRISTOPHER J. WALLACE, ESQ. IN SUPPORT OF DEFENDANTS BLIMPIE ASSOCIATES LTD. AND 2001 B.A. REALTY, INC.'S MOTION TO DISMISS OR TRANSFER**

I, Christopher J. Wallace, an adult individual, pursuant to 28 U.S.C. § 1746, hereby declare and state:

1. The facts set forth in this Declaration are based upon my personal knowledge.

2. I am an associate of the law firm Nixon Peabody LLP, counsel to defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. in the above-captioned matter, and I am licensed to practice in the courts of the District of Columbia and the United States District Court for the District of Columbia.

3. Attached as Exhibit 1 is a true and accurate copy of the Complaint filed by plaintiffs in the Superior Court of the District of Columbia on January 31, 2006, and removed by defendants to the United States District Court for the District of Columbia on March 2, 2006.

W709307.2

- 2 -

4.     Attached as Exhibit 2 is a true and accurate copy of the franchise agreement entered into by and between plaintiff Chans Foods, Inc. and defendant Blimpie Associates Ltd., dated April 28, 2004.

I declare under penalty of perjury that the foregoing statements are true and correct. This the 4th day of April 2006.

                                                /s/
                                  Christopher J. Wallace