UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

**ORDER**

Upon consideration of defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc.'s Motion to Dismiss or Transfer Plaintiffs' Claims for Improper Venue, the papers submitted in support and in opposition of that Motion, and the oral argument of counsel, the Court hereby **GRANTS** the Motion, and it is

**ORDERED**, that plaintiffs' claims in the above-captioned action are hereby DISMISSED in their entirety; [or]

**ORDERED**, that plaintiffs' claims in the above-captioned action are hereby TRANSFERRED to the United States District Court for the Southern District of New York.


Dated: _____

_____
United States District Judge

W709307.2

TO:      Joseph Horn, Esq.
HORN LEGAL, PLLC
1730 Rhode Island Avenue
Suite 1208
Washington, D.C. 20036

Scott Korzenowski, Esq.
William S. Fulton, Jr.
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Paul J. Kiernan, Esq.
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006

Tarrant H. Lomax, Esq.
TARRANT H. LOMAX, ESQ., P.C.
4530 Wisconsin Avenue, N.W., Suite 200
Washington, DC 20016

Christopher J. Wallace (Bar No. 476942)
Arthur L. Pressman
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004

W716242.1