# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CHANDAR RATNAM, ASHA CHANDAR,
and CHANS FOODS, INC.,

                    Plaintiffs,

v.

BLIMPIE ASSOCIATES LTD., 2001 B.A.
REALTY, INC., D.C.B.G., INC., and H
STREET COMMUNITY DEVELOPMENT
CORPORATION, INC.,

                    Defendants.

CIVIL ACTION NO. 1:06-cv-00372-JR

## CERTIFICATE OF SERVICE

       This Certification of Christopher J. Wallace, being of legal age, respectfully represents as follows:

       (1)     I am an attorney with the law firm of Nixon Peabody LLP, which firm currently serves as counsel for Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. in the above-captioned action.

       (2)     On April 4, 2006, Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc.'s Motion to Dismiss or Transfer Plaintiffs' Claims for Improper Venue, Memorandum of Points and Authorities in Support of Their Motion to Dismiss or Transfer Plaintiffs' Claims for Improper Venue, the Declaration of Christopher J. Wallace and a proposed Order were electronically filed and copies were electronically mailed to Paul J. Kiernan.

- 2 -

       (3)     On April 4, 2006, I also caused to be served by First-Class mail, postage prepaid, a copy of the above-referenced documents as follows:

             Joseph Horn, Esq.
             HORN LEGAL, PLLC
             1730 Rhode Island Avenue
             Suite 1208
             Washington, D.C. 20036

             Scott Korzenowski, Esq.
             William S. Fulton, Jr.
             DADY & GARNER, P.A.
             4000 IDS Center
             80 South Eighth Street
             Minneapolis, MN 55402

             Tarrant H. Lomax, Esq.
             TARRANT H. LOMAX, ESQ., P.C.
             4530 Wisconsin Avenue, N.W., Suite 200
             Washington, DC 20016

                         /s/
                      Christopher J. Wallace