# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

## CERTIFICATE OF SERVICE

This Certification of Christopher J. Wallace, being of legal age, respectfully represents as follows:

(1) I am an attorney with the law firm of Nixon Peabody LLP, which firm currently serves as counsel for Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. in the above-captioned action.

(2) On April 4, 2006, Defendants Blimpie Associates Ltd., 2001 B.A. Realty, Inc., and D.C.B.G.'s Memorandum of Points and Authorities in Opposition to Defendant H Street Community Development Corporation, Inc.'s Motion to Remand was electronically filed and copies were electronically mailed to Paul J. Kiernan.

W709307.5

- 2 -

      (3)    On April 4, 2006, I also caused to be served by First-Class mail, postage prepaid, a copy of the above-referenced documents as follows:

> Joseph Horn, Esq.
> HORN LEGAL, PLLC
> 1730 Rhode Island Avenue
> Suite 1208
> Washington, D.C. 20036
>
> Scott Korzenowski, Esq.
> William S. Fulton, Jr.
> DADY & GARNER, P.A.
> 4000 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
>
> Tarrant H. Lomax, Esq.
> TARRANT H. LOMAX, ESQ., P.C.
> 4530 Wisconsin Avenue, N.W., Suite 200
> Washington, DC 20016

                                                                        /s/
                                            Christopher J. Wallace