IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>Defendants. | CIVIL ACTION NO. 06-372 |

### NOTICE OF WITHDRAWAL BY LESLIE PAUL MACHADO AS COUNSEL FOR BLIMPIE ASSOCIATES LTD. AND 2001 B.A. REALTY, INC.

Pursuant to Rule 83.6(b), Local Rules of the United States District Court for the District of Columbia, Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. hereby notify the Court and counsel that Leslie Paul Machado is withdrawing as counsel for Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc.

Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. will continue to be represented by Christopher Wallace who has previously entered an appearance on their behalf.

Dated: April 7, 2006

Respectfully submitted,

_____
Leslie Paul Machado
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004
(202) 585-8336 (phone)
(202) 585-8080 (facsimile)

W711707.1

*Withdrawing Counsel for Blimpie Associates Ltd. and 2001 B.A. Realty, Inc.*

### CONSENT TO NOTICE OF WITHDRAWAL BY LESLIE PAUL MACHADO AS COUNSEL FOR BLIMPIE ASSOCIATES LTD. AND 2001 B.A. REALTY, INC.

Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. consent to the withdrawal of Leslie Paul Machado as counsel for these defendants in the above-captioned matter.

Name: Joel A. Schneider

Its: General Counsel

W711707.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2006, I caused a copy of the foregoing to be served by the court's electronic filing rules on the following:

> Paul J. Kiernan, Esq.
> HOLLAND & KNIGHT LLP
> 2099 Pennsylvania Avenue, N.W., Suite 100
> Washington, D.C. 20006
>
> Christopher J. Wallace, Esq.
> NIXON PEABODY LLP
> 401 Ninth Street, N.W., Suite 900
> Washington, D.C. 20004

and that I will send copies of the foregoing, via U.S. mail, to the following:

> Joseph Horn, Esq.
> HORN LEGAL, PLLC
> 1730 Rhode Island Avenue, Suite 1208
> Washington, D.C. 20036
>
> Joseph Peter Horn, Esq.
> 7880 Backlick Road, Suite 8
> Springfield, VA 22150
>
> Tarrant H. Lomax, Esq.
> 1819 Bay Ridge Avenue, Suite 220
> Annapolis, MD 21403

_____
Leslie Paul Machado

W711707.1