## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, And CHANS FOODS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.G.B., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | Civil Action No. 1:06-cv-00372-JR |

### AMENDMENT TO PLAINTIFF'S MOTION TO REMAND

Plaintiff respectfully moves to Amend its Motion to Remand, filed on April 3, 2006, to include two Exhibits, which were inadvertently not included.

Respectfully Submitted,

Dated: April 10, 2006.         By: *Joseph Horn*___
                           Joseph Horn, Esq.
                           Attorney Bar No. 418448
                           Horn Legal, PLLC
                           1730 Rhode Island Avenue,
                           Suite 1208
                           Washington, D.C. 20036
                           202 321 0084
                           202 835 1557

                           - and –

        Scott Korzenowski, Esq.
        William S. Fulton, Jr., Esq.
        4000 IDS Center
        80 South Eighth Street
        Minneapolis, Minnesota 55402
        (612) 359-9000

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was electronically filed to be served by the court's electronic filing rules on the following:

    Paul J. Kiernan
    Holland & Knight LLP
    2099 Pennsylvania Avenue, N.W.
    Suite 100
    Washington, D.C. 20006

    Christopher J. Wallace
    Nixon Peabody LLP
    401 9th Street, N.W., Suite 900
    Washington, D.C. 20004-2128

And that a true copy of the foregoing will mail by First-Class mail, postage prepaid, on the following:

    Tarrant H. Lomax
    Tarrant H. Lomax, Esq., P.C.
    4530 Wisconsin Avenue, N.W., Ste. 200
    Washington, D.C. 20016

By: *Joseph Horn*___
    Joseph Horn, Esq.