IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH

| | |
|---|---|
| H. Street Community Dev. Corp.<br><br>v.<br><br>Chans Foods, Inc. | Action No. 045523 05 |

## STIPULATION OF POSSESSION AND JOINT MOTION TO TRANSFER CASE TO CIVIL DIVISION OF SUPERIOR COURT

Plaintiff H Street Community Development Corporation ("H Street") and Defendant Chans Foods, Inc. ("Chans Foods"), by and through their respective counsel, hereby stipulate that as of February 27, 2006, Chans Foods is not in possession of the Property described in the Complaint for Possession filed by H Street in the above captioned matter. The date upon which the parties stipulate to Chans Foods having relinquished possession is without prejudice to it arguing an earlier date of relinquishing possession and to the parties' rights to prove liability and damages or the lack thereof.

The parties further agree that having stipulated to possession, this court no longer has subject matter jurisdiction over this action and therefore jointly move to have this case transferred to the Civil Division of the Superior Court for the District of Columbia to be consolidated with any related case now pending in the Civil Division.

Finally, the parties agree that the regular civil rules of procedure will apply to this action after it is transferred to the Civil Division of the Superior Court.

Dated: February 27, 2006

                                                 Respectfully Submitted By:

| HOLLAND & KNIGHT LLP | LAW OFFICE OF ANDREW C. BISULCA, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| Roxan A. Kerr, D.C. Bar No. 490310 | Joseph Horn, D.C. Bar No. 418448 |
| 2099 Pennsylvania Avenue, N.W. | 7880 Backlick Road, Suite 8 |
| Suite 100 | Springfield, Virginia 22206 |
| Washington, D.C. 20006 | 703 644 3536 Voice |
| Phone: (202) 955-3000 | 703 644 3537 Fax |
| Facsimile: (202) 955-5564 | |

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH

| | |
|---|---|
| H. Street Community Dev. Corp. ) ) ) ) | |
| v. ) ) | Action No. 045523 05 |
| Chans Foods, Inc. ) ) | |

**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO CIVIL DIVISION OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

Having considered the parties' Stipulation of Possession and Joint Motion to Transfer the above captioned action to the Civil Division of the Superior Court of the District of Columbia, and the record herein, it is this ___ day of _____, 2006,

**ORDERED** that the parties' Stipulation of Possession and Joint Motion to Transfer the above captioned action to the Civil Division of the Superior Court of the District of Columbia to be consolidated with any related case now pending in the Civil Division be and is hereby **GRANTED**.

It is further **ORDERED** that the Rules of the Landlord and Tenant Branch of the Civil Division shall not apply after this action is transferred and the general Rules of the Civil Division shall apply.

_____
Superior Court Judge

Copies to:
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000

Facsimile: (202) 955-5564

*Counsel for H Street Development Corporation*

Joseph Horn, Attorney for Defendants
LAW OFFICE OF ANDREW C. BISULCA, P.C.
7880 Backlick Road, Suite 8
Springfield, Virginia 22206
D.C. Bar No. 418448
703 644 3536 Voice
703 644 3537 Fax

*Counsel for Chans Foods*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by first class mail this 27th day of February 2006 on:

> Joseph Horn
> LAW OFFICE OF ANDREW C. BISULCA, P.C.
> 7880 Backlick Road, Suite 8
> Springfield, Virginia 22206

_____
Roxan A. Kerr

# 3613503_v1