IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Blimpie Associates, Ltd., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-cv-00372-JR |

**PLAINTIFFS' MOTION TO RESCHEDULE THE HEARING DATE AND ENLARGE TIME TO RESPOND**

Plaintiffs Chandar Ratnam, Asha Chandar and Chans Foods, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel, hereby move the Court to reschedule the April 19, 2006 hearing date and enlarge the time for the parties to respond to all motions pending in this matter.

The Court has set a hearing date of April 19, 2006 at 3:00 p.m. to hear the following motions (the "Motions"):

1. Defendant H Street Community Development Corporation's Motion to Remand;

2. Plaintiffs' Motion to Remand (as amended April 10, 2006); and

3. Defendants Blimpie Associates, Ltd and 2001 B.A. Realty, Inc.'s Motion to Dismiss or Transfer for Improper Venue.

The Plaintiffs are attempting to schedule mediation in an attempt to settle this matter. The parties have not yet scheduled the mediation, but are attempting to find a mutually agreeable date in May 2006 for mediation to take place. In order to give the parties an opportunity to settle this action through mediation, Plaintiffs request that the current hearing date of April 19, 2006 be

rescheduled, and the parties be given at least 60 days in which to schedule and hold mediation in this matter.

Plaintiffs also request that the time to respond to all Motions be enlarged, which will allow the parties the opportunity to mediate this dispute before responding to the Motions. Plaintiffs request that the Court allow the parties no less than 15 days before a rescheduled hearing date to file responses to the Motions with the Court.

Defendants Blimpie Associates, Ltd. and 2001 B.A. Realty, Inc. have consented to this motion. Defendant H Street Community Development Corporation does not consent to this motion. Plaintiffs have been unable to confer with the remaining defendant in regard to this motion.

Dated: April 12, 2006                                          By: *Joseph Horn*___

    Joseph Horn, Esq.
Attorney Bar No. 418448
Horn Legal, PLLC
1730 Rhode Island Avenue,
Suite 1208
Washington, D.C. 20036
202 321 0084
202 835 1557

 - and –

Scott Korzenowski, Esq.
William S. Fulton, Jr., Esq.
4000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 359-9000

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was electronically filed to be served by the court's electronic filing rules on the following:

> Paul J. Kiernan
> Holland & Knight LLP
> 2099 Pennsylvania Avenue, N.W.
> Suite 100
> Washington, D.C. 20006
>
> Christopher J. Wallace
> Nixon Peabody LLP
> 401 9th Street, N.W., Suite 900
> Washington, D.C. 20004-2128

     And that a true copy of the foregoing will mail by First-Class mail, postage prepaid, on the following:

> Tarrant H. Lomax
> Tarrant H. Lomax, Esq., P.C.
> 4530 Wisconsin Avenue, N.W., Ste. 200
> Washington, D.C. 20016

Dated: <u>April 12, 2006</u>     By: *Joseph Horn*_____
                                                                                                     Joseph Horn, Esq.