IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam et al., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>Blimpie Assoc. Ltd., et al., )<br>)<br>      Defendants. )<br>) | Civil Action No. 1:06-cv-00372-JR |

**ORDER**

This matter came before the undersigned on Plaintiffs' Motion to Reschedule the Hearing Date and Enlarge Time to Respond.   The Court hereby:

**GRANTS** Plaintiff's Motion to Reschedule the Hearing Date and Enlarge Time to Respond as follows:

1. The Motion Hearing Date will be rescheduled from April 19, 2006, to **June 19, 2006;**

2. The time for the parties to respond to the motions currently pending before the Court shall be enlarged; parties must file all responses to the motions currently pending before the Court by or before **June 4, 2006.**

    **SO ORDERED**:

DATED: _____, 2006

_____
Judge James Robertson
