UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>Defendants. | CIVIL ACTION NO. 06-372 |

**AMENDED NOTICE OF APPEARANCE**

This Amended Notice of Appearance is submitted to correct the Area Code of the telephone and facsimile numbers for Christopher J. Wallace, Esq.

PLEASE enter the appearance of Christopher J. Wallace, Esq. of Nixon Peabody LLP, 401 Ninth Street, N.W., Suite 900, Washington, D.C. 20004, as counsel for Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. in this case.

Dated: April 13, 2006

By: _____/s/_____
Christopher J. Wallace (Bar No. 476942)
NIXON PEABODY LLP
401 9th Street, N.W. Suite 900
Washington, D.C. 20004
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
Email: cwallace@nixonpeabody.com
Attorneys for Defendants
Blimpie Associates Ltd. and
2001 B.A. Realty, Inc.

W718108.1

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served via U.S. mail, postage prepaid, first class, on this 13th day of April, 2006 on the following:

Joseph Horn, Esq.
Horn Legal, PLLC
1730 Rhode Island Avenue
Suite 1208
Washington, D.C. 20036
Tel: (202) 321-0084
Fax: (202) 835-1557

Scott Korzenowski, Esq.
William S. Fulton, Jr., Esq.
Dady & Garner, P.A.
400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Counsel for Plaintiffs
Asha Chandar and
Chans Foods, Inc.

Tarrant Hale Lomax, Esq.
Law Offices
1819 Bay Ridge Avenue
Suite 220
Annapolis, MD 21403
(202) 253-8923
Fax: (202) 686-0896
Counsel for Defendant D.C.B.G., Inc.

By: _____/s/_____
Christopher J. Wallace

W718108.1