UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

**DEFENDANTS BLIMPIE ASSOCIATES LTD. AND 2001 B.A. REALTY, INC.'S MOTION TO RESCHEDULE THE APRIL 19, 2006 HEARING**

Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. (collectively, the "Blimpie Defendants"), by and through their undersigned counsel, hereby move the Court to reschedule the hearing on all pending motions currently scheduled for April 19, 2006 at 3:00 p.m.

Lead counsel for the Blimpie Defendants, Arthur L. Pressman, who will be arguing the motions on behalf of the Blimpie Defendants, is currently traveling overseas and will be unavailable until April 26, 2006. Mr. Pressman's travel plans were scheduled prior to the Court's order setting the above hearing date and were unavoidable.

W718299.1

All parties consent to the granting of this motion, except Defendant HSCDC consents only to the extent that the hearing is rescheduled for either April 26 or April 27, 2006.  This is the first request by the Blimpie Defendants to reschedule the motion hearing.

Based on the foregoing, the Blimpie Defendants respectfully request that the Court reschedule the April 19, 2006 hearing for a date and time convenient to the Court, but no sooner than April 26, 2006.

Respectfully submitted,

**BLIMPIE ASSOCIATES, LTD., and 2001 B.A. REALTY, INC.,**
By their attorneys,


/s/
Christopher J. Wallace (Bar No. 476942)
Arthur L. Pressman
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Dated:  April 14, 2006

## CERTIFICATE OF SERVICE

I, Christopher J. Wallace, do hereby certify that a true copy of the above document was served by first class mail this 14th day of April 2006 to the following:

Joseph Horn, Esq.
HORN LEGAL, PLLC
1730 Rhode Island Avenue
Suite 1208
Washington, D.C. 20036

Scott Korzenowski, Esq.
William S. Fulton, Jr.
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Paul J. Kiernan, Esq.
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006

Tarrant H. Lomax, Esq.
TARRANT H. LOMAX, ESQ., P.C.
4530 Wisconsin Avenue, N.W., Suite 200
Washington, DC 20016

/s/
Christopher J. Wallace

W718299.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br>Defendants. | CIVIL ACTION NO. <u>1:06-cv-00372-JR</u> |

**ORDER**

Upon consideration of defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc.'s Motion to Reschedule the April 19, 2006 Hearing, the Court hereby **GRANTS** the Motion, and it is

**ORDERED**, that the Motion Hearing Date is rescheduled to

_____, 2006, at _____ a.m./p.m.

**SO ORDERED.**

Dated: _____

                                                                                       _____
                                                                                       Judge James Robertson