## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Blimpie Associates, Ltd., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-cv-00372-JR |

## ORDER

This matter came before the undersigned on the Motions to Remand of Plaintiffs and Defendant H Street Community Development Corporation, and the Motion to Dismiss or Transfer Plaintiff's Claim for Improper Venue of Defendants Blimpie Associates, Ltd. and 2001 B.A. Realty, Inc. After an oral hearing and consideration of the parties' Memorandum of Points and Authorities, and for good cause appearing therefore, IT IS HEREBY ORDERED,

That the Motions to Remand of the Plaintiffs and Defendant H Street Community Development Corporation are **GRANTED,** and

That the Motion to Dismiss or Transfer Plaintiff's Claim for Improper Venue of the Defendants Blimpie Associates, Ltd. and 2001 B.A. Realty, Inc. is moot and otherwise **DENIED**.

**SO ORDERED**:


DATED: _____, 2006         _____

                                     Judge James Robertson

1