IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00372-JR |
| ) | |
| Blimpie Assoc. Ltd., et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JOSEPH P. HORN, ESQ. IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR
TRANSFER FOR IMPROPER VENUE**

I, Joseph P. Horn, an adult individual, pursuant to 28 U.S.C. § 1746, hereby declare and state:

1. The facts set forth in this Declaration are based upon my personal knowledge.

2. I am an attorney at the law office of Horn Legal, PLLC, in the above-captioned matter, and I am licensed to practice in the courts of the District of Columbia and the United States District Court for the District of Columbia.

3. Attached as Exhibit 1 is a true and accurate copy of the Complaint filed by Plaintiffs in the Superior Court of the District of Columbia on January 31, 2006, and removed by Defendants to the United States District Court for the District of Columbia on March 2, 2006.

4. Attached as Exhibit 2 is a true and correct copy of the Franchise Agreement entered into by and between Plaintiff Chans Foods, Inc. and Defendant Blimpie Associates, Ltd., dated April 28, 2004.

5. Attached as Exhibit 3 is a true and correct copy of the Lease Agreement entered into by and between Defendant H Street Community Development Corporation, Inc. and Defendant 2001 B.A. Realty, Inc., dated August 26, 2002.

6. Attached as Exhibit 4 is a true and correct copy of the Sublease Agreement entered into by and between Defendant 2001 B.A. Realty, Inc. and Plaintiff Chans Foods, Inc., dated April 28, 2004.

7. Attached as Exhibit 5 is a true and correct copy of the Guaranty entered into by Plaintiffs Chandar Ratnam and Asha Chandar in favor of Defendant H Street Community Development Corporation, Inc., dated April 28, 2004.

8. Attached as Exhibit 6 is a true and correct copy of the Stipulation of Possession and Joint Motion to Transfer Case to Civil Division of Superior Court filed by both parties, the Plaintiffs and Defendant H Street Community Development Corporation, Inc., in the Landlord Tenant Branch of the Superior Court of the District of Columbia on February 27, 2006.

9. On this date, I contacted by telephone the Corporations Division of the Business and Professional Licensing Administration of the Department of Consumer and Regulatory Affairs of the District of Columbia and was informed that Blimpie Associates, Ltd and 2001 B.A. Realty, Inc. are not entities registered to do business in the District of Columbia. To confirm this, I researched the District of Columbia's website search engine on business names but was unable to find a corporate registration for Blimpie Associates, Ltd or 2001 B.A. Realty, Inc.

I declare under penalty of perjury that the foregoing statements are true and correct. This 14th day of April, 2006.

By: *Joseph Horn*
Joseph Horn, Esq.

2