IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH

| | |
|---|---|
| H. Street Community Dev. Corp. ) ) ) ) v. ) ) Chans Foods, Inc. ) ) | Action No. 045523 05 |

### STIPULATION OF POSSESSION AND JOINT MOTION TO TRANSFER CASE TO CIVIL DIVISION OF SUPERIOR COURT

Plaintiff H Street Community Development Corporation ("H Street") and Defendant Chans Foods, Inc. ("Chans Foods"), by and through their respective counsel, hereby stipulate that as of February 27, 2006, Chans Foods is not in possession of the Property described in the Complaint for Possession filed by H Street in the above captioned matter. The date upon which the parties stipulate to Chans Foods having relinquished possession is without prejudice to it arguing an earlier date of relinquishing possession and to the parties' rights to prove liability and damages or the lack thereof.

The parties further agree that having stipulated to possession, this court no longer has subject matter jurisdiction over this action and therefore jointly move to have this case transferred to the Civil Division of the Superior Court for the District of Columbia to be consolidated with any related case now pending in the Civil Division.

Finally, the parties agree that the regular civil rules of procedure will apply to this action after it is transferred to the Civil Division of the Superior Court.

Dated: February 27, 2006

Respectfully Submitted By:

HOLLAND & KNIGHT LLP

_____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

LAW OFFICE OF ANDREW C. BISULCA, P.C.

_____
Joseph Horn, D.C. Bar No. 418448
7880 Backlick Road, Suite 8
Springfield, Virginia 22206
703 644 3536 Voice
703 644 3537 Fax