UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>               Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.2(c) and (d), defendants Blimpie Associates Ltd. ("Blimpie") and 2001 B.A. Realty, Inc. ("Realty") (collectively, "Blimpie") hereby move for the admission *pro hac vice* of their counsel, Gregg A. Rubenstein. Mr. Rubenstein is an active member in good standing of the Bar of the Commonwealth of Massachusetts and the State of New York. Mr. Rubenstein has also been admitted to, and is in good standing with, the United States Court of Appeals for the First Circuit and the United States District Courts for the Districts of Massachusetts and Maryland and the Southern District of New York. In further support of their motion, Blimpie submits the Declaration of Gregg A. Rubenstein attached hereto as Exhibit A.

- 2 -

        Respectfully submitted,

        **BLIMPIE ASSOCIATES, LTD. and**
        **2001 B.A. REALTY, INC.,**
        By their attorneys,

        /s/
        Christopher J. Wallace (Bar No. 476942)
        Kevin Colmey (Bar No. 485947)
        NIXON PEABODY LLP
        401 9th Street, N.W., Suite 900
        Washington, D.C. 20004
        (202) 585-8080

Dated: April 17, 2006

## LOCAL RULE 7(m) CERTIFICATION

    I, Gregg A. Rubenstein, hereby certify that on April 17, 2006, I conferred by telephone and/or e-mail with counsel for all other parties, who assented to the issues presented in this motion.

Dated: April 17, 2006        /s/
                                                  Gregg A. Rubenstein