UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

**DECLARATION OF GREGG A. RUBENSTEIN IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

  I, Gregg A. Rubenstein, an adult individual, pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia and 28 U.S.C. § 1746, hereby depose and state:

  1.  My full name is Gregg A. Rubenstein.

  2.  My address, telephone and fax number are:

    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110
    Tel. (617) 345-1000
    Fax (617) 345-1300

  3.  I am a member of the following state and federal bars:

| **Bar** | **Date of Admission** |
|---|---|
| Commonwealth of Massachusetts | December 17, 1998 |

BOS1586378.1

| Bar | Date of Admission |
| --- | --- |
| State of New York | January 26, 1999 |
| District of Massachusetts | March 19, 1999 |
| U.S. Court of Appeals for the First Circuit | October 5, 2001 |
| Southern District of New York | January 21, 2003 |
| District of Maryland | December 8, 2004 |

4. I am a member in good standing of all bars of which I am a member, am not under suspension or disbarment from any bar and have not been disciplined by any bar.

5. I have not been admitted pro hac vice in this Court within the last two years.

6. I do not reside in the District of Columbia and do not engage in the practice of law in the District of Columbia.

I declare under penalty of perjury that the foregoing statements are true and correct. This the 17th day of April 2006.

/s/
Gregg A. Rubenstein

BOS1586378.1