IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Blimpie Assoc. Ltd., et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-cv-00372-JR |

**CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant H Street Community Development Corporation ("H Street"), by and through its undersigned counsel, hereby moves for an extension of time up to and including ten days following this Court's issuance of its Order on Defendant H Street's Motion to Remand and related motions to respond to Plaintiffs' Complaint. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that he discussed this matter with counsel for the parties involved and they consent to the relief requested.

Dated: April 19, 2006                     Respectfully submitted,

                                              HOLLAND & KNIGHT LLP

                                              By: _____
                                              Paul J. Kiernan, D.C. Bar No. 385627
                                              2099 Pennsylvania Avenue, N.W.
                                              Suite 100
                                              Washington, D.C. 20006
                                              Phone: (202) 955-3000
                                              Facsimile: (202) 955-5564

                                              *Counsel for H Street Community Development Corporation*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:06-cv-00372-JR |
| v. ) | |
| ) | |
| Blimpie Assoc. Ltd., et al. ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant H Street, by and through its undersigned counsel, hereby submits this Memorandum of Points and Authorities in Support of its Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint.

Plaintiffs filed their Complaint in the Superior Court for the District of Columbia on January 31, 2006. Thereafter, all Defendants (hereinafter "Blimpie's"), except H Street, removed this action to this Court.

On March 21, 2006, Defendant H Street filed a Motion for Remand on the grounds that Plaintiffs' removal of this action was improper because, *inter alia*, not all defendants timely joined in Defendant Blimpie's removal of this action and the case involves issues of local law and policy such that the matter should be decided by the Superior Court of the District of Columbia.[1] On April 4, 2006, Defendant Blimpie's filed an Opposition to H Street's Motion to

---

[1] Plaintiffs also filed a Motion to Remand.

Remand along with a Motion to Dismiss or Transfer Plaintiffs' Claims for Improper Venue ("Motion to Dismiss or Transfer").

On April 11, 2006, this Court, in a minute Order, set a hearing for April 19, 2006, which was subsequently rescheduled to April 26, 2006 as a result of another Minute Order granting Defendant Blimpie's Motion to Reschedule the April 19, 2006 Hearing. To date, the Court has not yet ruled on Plaintiff's Motion to Remand, Defendant H Street's Motion to Remand or Defendant Blimpie's Motion to Dismiss or Transfer.

H Street was not served with the summons in the underlying action until March 31, 2006. Under Rule 81(c), H Street's Answer arguably would be due on April 21, 2006, assuming service after the filing of the petition for removal was valid. In order to avoid the risk of default on the one hand or acquiescing to this Court's jurisdiction prior to a ruling on the motion to remand on the other, H Street requests ten days following issuance of the Court's Order on the outstanding motions to respond to the Complaint.

**WHEREFORE**, for the foregoing reasons, H Street respectfully requests that the Court grant its motion to extend its time to respond to the Complaint for ten days following this Court's issuance of its Order on Plaintiffs' Motion to Remand, Defendant H Street's Motion to Remand, and Defendant Blimpie's Motion to Dismiss or Transfer.

Dated: April 19, 2006

                    Respectfully submitted,

                    HOLLAND & KNIGHT LLP

                    By: _____
                    Paul J. Kiernan, D.C. Bar No. 385627
                    2099 Pennsylvania Avenue, N.W.
                    Suite 100
                    Washington, D.C. 20006
                    Phone: (202) 955-3000
                    Facsimile: (202) 955-5564

                    *Counsel for H Street Community Development Corporation*