IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:06-cv-00372-JR |
| v. ) | |
| ) | |
| Blimpie Assoc. Ltd., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court having considered the Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint ("Motion for Extension of Time"), and good cause having been shown, it is this ____ day of _____, 2006;

**ORDERED** that the Motion for Extension of Time is **GRANTED**. It is further **ORDERED** that Defendant H Street has up to and including ten days following this Court's issuance of its Order on Plaintiffs' Motion to Remand, Defendant H Street's Motion to Remand, and Defendant Blimpie's Motion to Dismiss or Transfer to respond to Plaintiffs' Complaint.

                                                                  _____
                                                                  Judge James Robertson
                                                                  U.S. District Court for the District of Columbia