UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHANDAR RATNAM, *et al.*,       :
                                :
    Plaintiffs,                :
                                :
  v.                            : Civil Action No. 06-0372 (JR)
                                :
BLIMPIE ASSOCIATES LTD., *et al.*, :
                                :
    Defendants.                :

### ORDER

Upon consideration of defendants' motion for the *pro hac vice* appearance of Gregg A. Rubenstein [24], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                            JAMES ROBERTSON
                                United States District Judge