UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,<br><br>Defendants. | CIVIL ACTION NO. 06-372 |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Louis E. Dolan, Jr. and Kathrin V. Smith of Nixon Peabody LLP, 401 Ninth Street, N.W., Suite 900, Washington, D.C. 20004, as counsel for Defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. in this case.

Dated: May 25, 2006

By: _____/s/_____
Louis E. Dolan, Jr. (Bar No. 442881)
Kathrin V. Smith (Bar No. 473615)
NIXON PEABODY LLP
401 9th Street, N.W. Suite 900
Washington, D.C. 20004
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
Email: ldolan@nixonpeabody.com
kvsmith@nixonpeabody.com

Attorneys for Defendants
Blimpie Associates Ltd. and
2001 B.A. Realty, Inc.

W725838.1

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance was electronically filed on this 25th day of May 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: _____/s/_____
Louis E. Dolan, Jr., Esq.

W725838.1