UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHANDAR RATNAM, ASHA CHANDAR,
and CHANS FOODS, INC.,

    Plaintiffs,

v.

BLIMPIE ASSOCIATES LTD., 2001 B.A.
REALTY, INC., D.C.B.G., INC., and H
STREET COMMUNITY DEVELOPMENT
CORPORATION, INC.,

    Defendants.

CIVIL ACTION NO. 1:06-cv-00372-JR

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2(c) and (d), defendants Blimpie Associates Ltd. and 2001 B.A. Realty, Inc. ("Realty") (collectively, "Blimpie") hereby move for the admission *pro hac vice* of their counsel, Arthur L. Pressman. Mr. Pressman is an active member in good standing of the Bar of the Commonwealths of Massachusetts and Pennsylvania and the State of New York. Mr. Pressman has also been admitted to, and is in good standing with, the United States Supreme Court, the United States Courts of Appeal for the First, Third and Eleventh Circuits and the United States District Courts for the Districts of Massachusetts and Maryland and the Eastern District of Pennsylvania. In further support of their motion, Blimpie submits the Declaration of Arthur L. Pressman attached hereto as Exhibit A.

BOS1586355.1

- 2 -

          Respectfully submitted,

          **BLIMPIE ASSOCIATES, LTD.** and
          **2001 B.A. REALTY, INC.,**
          By their attorneys,


          /s/
          Louis E. Dolan, Jr. (Bar No. 442881)
          Christopher J. Wallace (Bar No. 476942)
          NIXON PEABODY LLP
          401 9th Street, N.W., Suite 900
          Washington, D.C. 20004
          (202) 585-8080

Dated: May 25, 2006

## LOCAL RULE 7(m) CERTIFICATION

I, Gregg A. Rubenstein, hereby certify that on May 25, 2006, I conferred by e-mail with counsel for all other parties, who assented to the issues presented in this motion.

Dated: May 25, 2006          /s/
                                        Gregg A. Rubenstein

BOS1586355.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC.,

    Plaintiffs,

v.

BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC.,

    Defendants.

CIVIL ACTION NO. 1:06-cv-00372-JR

**DECLARATION OF ARTHUR L. PRESSMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Arthur L. Pressman, an adult individual, pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia and 28 U.S.C. § 1746, hereby depose and state:

1. My full name is Arthur L. Pressman.

2. My address, telephone and fax number are:

   NIXON PEABODY LLP
   100 Summer Street
   Boston, MA 02110
   Tel. (617) 345-1000
   Fax (617) 345-1300

3. I am a member of the following state and federal bars:

| Bar | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | 1971 |

BOS1586378.1

- 2 -

| Bar | Date of Admission |
|---|---|
| Eastern District of Pennsylvania | 1973 |
| United States Court of Appeals for the Third Circuit | 1978 |
| United States Supreme Court | 1987 |
| State of New York | 1989 |
| United States Court of Appeals for the Eleventh Circuit | 1997 |
| Commonwealth of Massachusetts | 1999 |
| District of Massachusetts | 1999 |
| United States Court of Appeals for the First Circuit | 2004 |
| District of Maryland | 2004 |

4.  I am a member in good standing of all bars of which I am a member, am not under suspension or disbarment from any bar and have not been disciplined by any bar.

5.  I have not been admitted pro hac vice in this Court within the last two years.

6.  I do not reside in the District of Columbia and do not engage in the practice of law in the District of Columbia.

I declare under penalty of perjury that the foregoing statements are true and correct. This the 25th day of May 2006.

                                                  /s/
                                      Arthur L. Pressman

BOS1586378.1