```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

CHANDAR RATNAM, *et al.*,               :
                                        :
         Plaintiffs,                    :
                                        :
    v.                                  : Civil Action No. 06-0372 (JR)
                                        :
BLIMPIE ASSOCIATES LTD., *et al.*,      :
                                        :
         Defendants.                    :

## ORDER

Upon consideration of defendants' motion for the *pro hac vice* appearance of Arthur L. Pressman [29], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                                      JAMES ROBERTSON
                                 United States District Judge
```