IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Chandar Ratnam et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Civil Action No. 1:06-cv-00372-JR |
| | ) |
| **Blimpie Assoc. Ltd., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This matter came before the undersigned on Plaintiffs' Motion to Reconsider Plaintiffs' Motion to Remand,

IT IS HEREBY ORDERED, that Plaintiffs' Motion is **GRANTED**, and the matter is remanded to the Superior Court of the District of Columbia.

**SO ORDERED**:

DATED: _____, 2006        _____
                                                              Judge James Robertson

1