## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANDAR RATNAM et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. 1:06-cv-00372-JR** |
| **v.** ) | |
| ) | |
| **BLIMPIE ASSOC. LTD, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO COMPLAINT

Pursuant to Rule 6 and with the consent of Plaintiffs' counsel, Defendant H Street Community Development Corporation ("HSCDC") respectfully requests an additional fifteen (15) days for all Defendants to file their Motions to Dismiss or other responses to the Complaint. The parties have been discussing certain settlement options and would like additional time in an attempt to settle this matter.

**WHEREFORE,** Defendant HSCDC requests that the time for all Defendants to file Motions to Dismiss or other responses to the Complaint be extended to and including July 31, 2006.

Dated: July 14, 2006                      Respectfully submitted,

Paul J. Kiernan (D.C.Bar # 385627)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)