IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLIMPIE ASSOC. LTD, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:06-cv-00372-JR |

## ORDER

Upon consideration of the Joint Consent Motion for Extension of Time to File Response to Complaint, it is this ____ day of July, 2006,

ORDERED, that the Motion be and hereby is GRANTED, and the parties have an additional fifteen (15) days to file their Motions to Dismiss or other responses to the Complaint until July 31, 2006.

_____
JUDGE JAMES ROBERTSON