UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES, LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. <u>1:06-cv-00372-JR</u> |

## BLIMPIE ASSOCIATES LTD. AND 2001 B.A. REALTY, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendants Blimpie Associates, Ltd. ("Blimpie Associates") and 2001 B.A. Realty, Inc. (together, "Blimpie") move for summary judgment dismissing all claims brought against them. Blimpie is entitled to summary judgment on plaintiffs' District of Columbia Consumer Protection Procedures Act claim because all of the alleged wrongful acts concern business-to-business matters, not consumer transactions. Blimpie is also entitled to summary judgment on plaintiffs' common law claims because it had no duty to warn plaintiffs about potential zoning issues with the location they chose for their Blimpie franchise.

In support of this motion, Blimpie relies on the accompanying (i) Statement of Material Facts; (ii) Memorandum of Law in Support of Blimpie Associates, Ltd. and 2001 B.A. Realty, Inc.'s Motion for Summary Judgment; and (iii) Declaration of Gregg A. Rubenstein.

WHEREFORE, Blimpie requests that the Court enter judgment dismissing all claims against them.

                                Respectfully submitted,

                                **BLIMPIE ASSOCIATES, LTD. and**
                                **2001 B.A. REALTY, INC.,**
                                By their attorneys,

                                /s/
                                Christopher J. Wallace (Bar No. 476942)
                                Arthur L. Pressman (pro hac vice)
                                Gregg A. Rubenstein (pro hac vice)
                                NIXON PEABODY LLP
                                401 9th Street, N.W., Suite 900
                                Washington, D.C. 20004
                                (202) 585-8080

Dated: July 20, 2006

BOS1602187.1