**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, and CHANS FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:06-cv-00372-JR |

**DECLARATION OF GREGG A. RUBENSTEIN IN SUPPORT OF**
**BLIMPIE ASSOCIATES LTD. AND 2001 B.A. REALTY, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

I, Gregg A. Rubenstein, an adult individual, pursuant to 28 U.S.C. § 1746, hereby depose and state:

1.  My full name is Gregg A. Rubenstein. I represent defendants Blimpie Associates td. And 2001 B.A. Realty, Inc. in this matter.

2.  Attached as Exhibit A is a true and accurate copy of Chans Foods, Inc.'s ("Chans Foods") Articles of Incorporation.

3.  Attached as Exhibit B is a true and accurate copy of the Uniform Franchise Offering Circular ("UFOC") receipt Chandar Ratnam signed.

4.  Attached as Exhibit C is a true and accurate copy of the UFOC Mr. Ratnam received.

10044921.1

5. Attached as Exhibit D is a true and accurate copy of the Agreement of Sale between Mr. Ratnam and Nazan M. Ali.

6. Attached as Exhibit E is a true and accurate copy of the Assignment and Assumption of Franchise Agreement between Chans Foods and Munni Enterprises, Inc.

7. Attached as Exhibit F is a true and accurate copy of the Major Lease between H Street Community Development Corporation, Inc. ("H Street") and 2001 B.A. Realty, Inc. (B.A. Realty"), dated August 16, 2002.

8. Attached as Exhibit G is a true and accurate copy of <u>A Dispute Over Restaurant Zoning Creates a Chasm Between Northeast Washington's Old and New Residents</u>, a Washington Post Article written by Paul Schwartzman and published on April 4, 2006.

9. Attached as Exhibit H is a true and accurate copy of the transcript from the Public Meeting of the DC Board of Zoning Adjustment held on June 6, 2006.

I declare under penalty of perjury that the foregoing statements are true and correct. This the 20th day of July 2006.

/s/
Gregg A. Rubenstein

10044921.1