# ARTICLES OF INCORPORATION
## OF
## CHANS FOODS INC.,

**TO:**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION
CORPORATION DIVISION
941, NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

I, the undersigned natural person of the age of eighteen years or more acting as incorporator of a corporation under the BUSINESS CORPORATION ACT (D.C. Code, 2001 edition, Title 29, Chapter 1, as amended), adopt the following Articles of Incorporation:

**FIRST:** The name of the corporation is CHANS FOODS INC..

**SECOND:** The period of its duration is perpetual.

**THIRD:** The purposes for which said corporation is organized shall be the carrying on of a profitable business, including such other purposes given below:

   a) Serve quality food at a great value
   b) To be the premier fast food restaurant in the local marketplace
   c) To build a rewarding workplace for the employees

**FOURTH:** The aggregate number of shares that the corporation is authorized to issue is one thousand common shares. The shares are without par value.

**FIFTH:** The corporation will not commence business until at least thousand dollars ($1,000) has been received as initial capitalization.

**SIXTH:** There are no provisions limiting or denying to shareholders the preemptive right to acquire additional shares of the corporation.

**SEVENTH:** There are no provisions for the regulation of the internal affairs of the corporation.

**EIGHTH:** The address, including street and number of the initial registered office of the corporation is 717, 8th H Street, N.E. Washington, D.C. and the name of the initial registered agent at such address is Tuan A. Nguyen. The address, including street and number, where he resides is 14442 Corcoran St. NW #1, Washington, DC 20009.

FILE
FEB 26 2004

**NINTH:** The number of directors constituting the board is two.
The name and address, including the street number of the directors are:

| NAME OF THE DIRECTOR | ADDRESS OF THE INCORPORATOR |
|---|---|
| Chandar Ratnam | 14110, Gabrielle Way<br>Centreville<br>VA 20121 |
| Asha Chandar | 14110, Gabrielle Way<br>Centreville<br>VA 20121 |

**TENTH:** The name and address, including the street number of the incorporator is:

| NAME OF THE INCORPORATOR | ADDRESS OF THE INCORPORATOR |
|---|---|
| Chandar Ratnam | 14110, Gabrielle Way<br>Centreville<br>VA 20121 |

*[signature]*
Incorporator

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**  2 40 491
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Business Corporation Act have been complied with and accordingly, this *CERTIFICATE OF INCORPORATION* is hereby issued to:

**CHANS FOODS INC.**

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the **26th** day of **February, 2004**.

David Clark
Director

John T. Drann
Administrator
Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor