# RECEIPT

(RETURN THIS COPY TO BLIMPIE)

THIS OFFERING CIRCULAR SUMMARIZES PROVISIONS OF THE FRANCHISE AGREEMENT AND OTHER INFORMATION IN PLAIN LANGUAGE. READ THIS OFFERING CIRCULAR AND ALL AGREEMENTS CAREFULLY.

IF BLIMPIE OFFERS YOU A FRANCHISE, BLIMPIE MUST PROVIDE THIS OFFERING CIRCULAR TO YOU BY THE EARLIEST OF:

(1) THE FIRST PERSONAL MEETING TO DISCUSS THE FRANCHISE; OR

(2) TEN BUSINESS DAYS BEFORE SIGNING OF A BINDING AGREEMENT; OR

(3) TEN BUSINESS DAYS BEFORE ANY PAYMENT TO BLIMPIE.

YOU MUST ALSO RECEIVE A FRANCHISE AGREEMENT CONTAINING ALL MATERIAL TERMS AT LEAST FIVE BUSINESS DAYS BEFORE YOU SIGN ANY FRANCHISE AGREEMENT.

IF BLIMPIE DOES NOT DELIVER THIS OFFERING CIRCULAR ON TIME, OR IF IT CONTAINS A FALSE OR MISLEADING STATEMENT, OR A MATERIAL OMISSION, A VIOLATION OF FEDERAL AND STATE LAW MAY HAVE OCCURRED AND SHOULD BE REPORTED TO THE FEDERAL TRADE COMMISSION, WASHINGTON, D.C. 20580 AND THE STATE AGENCIES LISTED IN EXHIBIT M.

The respective agencies or agents identified in Exhibit M are authorized to receive service of process for us in the states indicated. The name(s) of our Area Representative offering our franchise in this state are identified in Exhibit L.

The effective dates of this offering circular are: Maryland: February 17, 2004; New York: February 10, 2004; Virginia: January 30, 2004; All other states: February 10, 2004.

Your signature below indicated that you received this offering circular on the date indicated below, including the following Exhibits:

| | | | | |
|---|---|---|---|---|
| A. | Traditional Blimpie Restaurant Franchise Agreement | | I. | List of Current Franchisees |
| B. | Guaranty | | J. | Blimpie List of Franchisees who have left the Blimpie Restaurant system within the past 12 months |
| C. | Non-Traditional Rider to Franchise Agreement | | | |
| D. | Multi-Unit License Addendum | | K. | Standard Equipment Order Form |
| E. | Sub Franchise Agreement | | L. | General Release |
| F. | Sublease | | M. | Subfranchisors |
| G. | Form of Promissory Note | | N. | Administrators and Agents for Service of Process |
| H. | Financial Statements | | O. | Receipt |

2/25/04                       *[signature]*                       CHANDAR A. RATNAM
DATE        PROSPECTIVE FRANCHISEE           PRINTED NAME


DATE        PROSPECTIVE FRANCHISEE           PRINTED NAME

UFOC 2004