## ASSIGNMENT AND ASSUMPTION OF FRANCHISE AGREEMENT

**KNOW ALL MEN BY THESE PRESENTS** that **MUNNI ENTERPRISES, INC.**, a Virginia corporation, with its principal place of business at 4404 North Henderson Road, Arlington, Virginia 22203, as assignor ("Assignor"), in consideration of the sum of ONE DOLLAR ($1.00) and other good and valuable consideration paid by **CHANS FOODS, INC.**, a District of Columbia corporation with an address at 14110 Gabrielle Way, Centreville, Virginia 20121, as assignee ("Assignee"), hereby assigns unto the Assignee all of Assignor's right, title, and interest in and to a certain Franchise Agreement dated as of August 17, 2001, between Blimpie Associates, Ltd., as Franchisor, and Assignor, as Franchisee.

**TO HAVE AND TO HOLD** the same unto the Assignee, its heirs, executors, successors and assigns from this day forward for all of the rest of the term mentioned in the said Franchise Agreement, subject to the covenants, conditions and provisions therein also mentioned, to be performed by the Franchisee thereunder.

AND the Assignee hereby assumes the performance of all of the terms, covenants and conditions contained in the aforesaid Franchise Agreement.

**IN WITNESS WHEREOF**, the Assignor and Assignee have set their hands and seals on this ___28th___ day of ___April___, 2004

**ASSIGNOR**

MUNNI ENTERPRISES, INC.

By: _____
NIZAM M. ALI
President

**ASSIGNEE**

CHANS FOODS, INC.

By: _____
CHANDAR RATNAM
President

AGREED AS TO ARTICLES 10 & 16 OF
THE FRANCHISE AGREEMENT:

_____
CHANDAR RATNAM

_____
ASHA CHANDAR

**CONSENTED:**

BLIMPIE ASSOCIATES, LTD.

By: _____
NICHOLAS LAGANO, JR.
President