IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chandar Ratnam et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:06-cv-00372-JR |
| v. ) | |
| ) | |
| Blimpie Assoc. Ltd., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT H STREET COMMUNITY DEVELOPMENT CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF PLAINTIFFS' MOTION TO REMAND**

Defendant H Street Community Development Corporation ("HSCDC"), by and through its undersigned counsel, hereby responds to Plaintiffs' Motion for Reconsideration and states as follows:

On March 21, 2006, Defendant HSCDC filed its Motion to Remand this case to the Superior Court for the District of Columbia. Defendant HSCDC argued that:

(1) Defendant HSCDC did not consent to removal of the case;

(2) Defendants Blimpie Associates Ltd., 2001 B.A. Realty, Inc., and D.C.B.G. failed to seek and obtain consent from Defendant HSCDC to remove this action to the United States District Court for the District of Columbia. As such, not all defendants timely joined in the Removing Defendants' removal of this action;

(3) this case is dominated by issues of state law and should be decided by the Superior Court for the District of Columbia; and

(4) this is a landlord tenant dispute that should be heard in the Superior Court for the District of Columbia.

On April 26, 2006, however, this Court, ruled against HSCDC denying its Motion to Remand stating in open court that while the Court was inclined to remand the case to the Superior Court, it believed the defendants (particularly Defendant Blimpie's) would appeal the remand thus extending the time it would take for resolution of this matter.  While HSCDC submits that an order remanding this case is not appealable, see 28 U.S.C. § 1447(d), and continues to believe that this case belongs in the Superior Court because defendants' basis for removing this case is without merit, it is not currently contesting this Court's jurisdiction over this matter.

Dated:  July 20, 2006

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                        Paul J. Kiernan,  D.C. Bar No. 385627
                                        2099 Pennsylvania Avenue, N.W.
                                        Suite 100
                                        Washington, D.C. 20006
                                        Phone: (202) 955-3000
                                        Facsimile: (202) 955-5564

                                        *Counsel for H Street Community*
                                            *Development Corporation*

# 3917583_v1