# EXHIBIT A

considered a Transfer for the purposes of this Lease.

§10.02 <u>Consent Procedure</u>. Without conferring any rights upon Tenant not otherwise provided in this Article, the parties agree that, should Tenant desire to enter into a Transfer, then, at least thirty (30) days before the proposed effective date of the Transfer, Tenant shall request Landlord's consent and provide the following: (a) the full particulars of the proposed Transfer, including its nature, effective date, terms and conditions, and copies of all offers, draft agreements, subleases, letters of commitment or intent, and other documents pertaining to the proposed Transfer; and (b) a description of the identity, net worth and previous business experience of the proposed transferee, including without limitation copies of the proposed transferee's then latest income, balance sheet and changes in financial position statements (with accompanying notes and disclosure of all material changes thereto) in audited form, if available, and certified as accurate by the proposed transferee. Tenant shall pay promptly all reasonable attorneys fees Landlord may incur in reviewing the foregoing materials and in granting or denying its consent hereunder, including those for drafting or reviewing the documents granting or denying such consent.

§10.03 <u>No Release</u>. No Transfer or other action taken with or without Landlord's consent shall in any way relieve or release Tenant from full liability for the timely performance of all of Tenant's obligations under this Lease.

§10.04 <u>Excess Rents</u>. If Tenant effects a Transfer and at any time receives periodic rent and/or other consideration which exceeds that which Tenant is obligated to pay to Landlord hereunder, Tenant shall pay to Landlord all of such excess rent or other consideration promptly [but in no event later than two (2) days] after receipt of such monies.

§10.05 <u>Blimpie Franchisees</u>. Landlord hereby acknowledges that the Guarantor (or an entity owned and controlled by the Guarantor) is an approved franchisee/licensee of Blimpie Associates, Ltd., and that the original Tenant under this Lease, 2001 B.A. Realty Inc., an affiliate of Blimpie Associates, Ltd., upon the full execution and delivery of this Lease, will sublease the entire Premises to the Guarantor (or an entity owned and controlled by the Guarantor). Landlord hereby approves such subletting of the Premises to the Guarantor. Should the original Tenant, 2001 B.A. Realty Inc., desire to replace the Guarantor, as subtenant, with another subtenant that is an approved franchisee/licensee of Blimpie Associates, Ltd., then Landlord hereby agrees that it will not unreasonably withheld its consent thereto, provided the following conditions are satisfied: (i) at least thirty (30) days prior to the effective date of the proposed subletting, Landlord shall have received the documentation referenced in Section 10.02 above, along with written evidence from Blimpie Associates, Ltd. that the proposed subtenant is an approved franchisee/licensee of Blimpie Associates, Ltd.; (ii) the proposed subtenant has a net worth equal to or greater than the Guarantor or the then most recent subtenant, as the case may be; and (iii) the proposed subtenant executes and delivers to Landlord its guaranty of this Lease, in the form of the Guaranty, which shall be secured and accompanied by Additional Collateral provided by such proposed subtenant.

<u>ARTICLE XI - RULES AND REGULATIONS</u>