# EXHIBIT B

may not use the Premises for any other purpose or under any other trade name. At all times during the Term, such business shall be a high-quality establishment and shall be open for business to the public, and fully staffed and stocked with merchandise, during the Minimum Hours. Notwithstanding the provisions of the first sentence of this Section 3.01 to the contrary, and after Tenant initially opens the Premises for business as required by this Lease, the Premises will not be deemed to be closed in violation of this Section 3.01 under any of the following circumstances: (i) such closure is caused by fire or other casualty and continues during the making of repairs or restorations to the Premises; (ii) such closure is caused by "Condemnation" (hereinafter defined) and continues during the restoration of the Premises to a complete unit; (iii) such closure is due to Tenant making permitted or approved alterations, additions and/or improvements to the Premises pursuant to Section 5.04 of this Lease, provided any closure for such purposes does not exceed thirty (30) consecutive days or thirty (30) days in the aggregate during any twenty-four (24)-month period; or (iv) such closure is due to the abandonment of the Premises by any subtenant of Tenant or Tenant's repossession of the Premises from any subtenant Tenant, provided any closure caused by any such event shall not exceed thirty (30) consecutive days or thirty (30) days in the aggregate during any twenty-four (24)-month period. Tenant shall not make any material change in its merchandise or operations that affects the character or style of Tenant's business at the Premises, nor shall Tenant hold or advertise any going out of business, bankruptcy, deep discount or fire sale at the Premises, without Landlord's prior written approval. All receiving and delivery of goods and merchandise at or to the Premises, and all removal of merchandise, supplies, equipment, trash and garbage from the Premises, shall be made at the rear of the Premises and during any special hours established by Landlord. Tenant shall not allow any odors or noise to emanate from the Premises, nor shall Tenant permit any conduct therein which is objectionable to other tenants at the Retail Center or their customers. For so long as Tenant is not in default under this Lease beyond any applicable notice and cure period, and provided Tenant is in actual occupancy of the Premises and conducting the Permitted Use therein, Landlord agrees that it will not lease any other space in the Building to a tenant whose **primary** use of such space is for the sale of submarine type sandwiches made on French or Italian type bread. Should Landlord breach the foregoing covenant, Tenant's sole and exclusive remedy shall be to seek injunctive relief and/or the remedy of specific performance in accordance with the provisions of Section 19.03 hereof.

§3.02 Compliance with Laws and Matters of Title. Tenant shall comply with any and all laws and regulations, including but not limited to zoning laws and the ADA, applicable to the Premises, to Tenant's use of the Premises, or to Tenant's use of the Common Areas. Tenant shall make any and all changes or improvements to the Premises required thereby, subject to §5.04 hereof. Tenant shall hire, supervise and manage all persons appropriate or necessary for the operation of Tenant's business, which persons shall all be employees of Tenant and not Landlord; and Tenant shall pay all taxes and other amounts, and carry all workers' compensation insurance, with respect to such employees as is required by law. Tenant may not violate any covenant, declaration, restriction or other title matter that affects the Retail Center and is of record as of the date hereof.

§3.03 Insurance - Compliance and Rate. Tenant shall, at its own cost and expense, comply with all requirements of Landlord's insurance carrier (if any) and those of Tenant's insurance carrier and with all of the orders, rules and regulations of the applicable insurance rating organization(s)