# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANDAR RATNAM**, *et ux, et al.*<br><br>　　　**Plaintiffs,**<br><br>v.<br><br>**BLIMPIE ASSOCIATES, LTD.**, *et al.*,<br><br>　　　**Defendants.** | **CIVIL ACTION NO.**<br>**1:06-cv-00372-JR** |

### DECLARATION OF TARRANT H. LOMAX IN SUPPORT OF THE MOTION OF DCBG, INC. FOR SUMMARY JUDGMENT

　　I, Tarrant H. Lomax, an individual qualified to make this Declaration pursuant to 28 U.S.C. 1746, hereby depose and say as follows:

　　1.　I am the attorney for Defendant DCBG, Inc. in this matter.

　　2.　Attached hereto as Exhibit 1 is a graphic representation of the contractual relationships between and among Plaintiffs Chandar Ratnam, Asha Chandar, Chans Foods, Inc., H Street Community Development Corporation, Inc., Blimpie Associates, Ltd., 2001 B.A. Realty, Inc. and DCBG, Inc.

　　3.　Attached hereto as Exhibit 2 is a true and accurate copy of pages 303 and 304 of the transcript of the hearing held on October 10, 2004, before the D.C. Board of Zoning Adjustment

whereat the appeal of the Advisory Neighborhood Council of the issuance of a Certificate of Occupancy to Chans Foods, Inc. was heard on the record.

    4.   Attached hereto as Exhibit 3 is a true and accurate copy of the Certificate of Occupancy for a "Blimpie Subs & Salads" at 4200 Wisconsin Avenue, NW, Washington, DC.

                            *Tarrant H. Lomax*
                            Tarrant H. Lomax

H:\THL\Client Files\DCBG\Chans Foods Litigation\Court Pleadings\DCBG Summary Judgment\THL Declaration.wpd