UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

CHANDAR RATNAM, ASHA CHANDAR,
CHANS FOODS, INC.,

    Plaintiffs,

v.                                                                              CIVIL ACTION NO. 1:06-cv-00372-JR

BLIMPIE ASSOCIATES LTD., 2001
B.A. REALTY, INC., D.C.B.G., INC., and
H STREET COMMUNITY
DEVELOPMENT CORPORATION, INC.,

    Defendants.
_____

**CONSENT MOTION FOR EXTENSION OF
TIME FOR PLAINTIFFS AND DEFENDANTS TO RESPOND TO
MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, by and through its undersigned counsel, Plaintiffs hereby move for an extension of time for Plaintiffs to respond to the summary judgment motions filed and served by Defendants Blimpie Associates, Ltd., 2001 B.A. Realty, Inc. and D.C.B.G., Inc. (the "Defendants"), and for Defendants to reply. Plaintiffs shall have until August 14, 2006 to file and serve the responses to Defendants' motions for summary judgment. Defendants shall have until September 11, 2006 to file and serve their reply to Plaintiffs' responses.

In accordance with Local Rule 7(m), Plaintiffs' counsel has discussed this matter with the counsel of the parties involved and they consent to the relief requested.

| | |
|---|---|
| Dated: <u>August 2, 2006</u>. | By:    <u>/s/</u><br>     Joseph Horn, Esq.<br>Attorney Bar No. 418448<br>Horn Legal, PLLC<br>1730 Rhode Island Avenue,<br>Suite 1208<br>Washington, D.C. 20036<br>PH: (202) 321-0084<br>Fax: (202) 835-1557<br><br>- and –<br><br>Scott Korzenowski, Esq.<br>William S. Fulton, Jr., Esq.<br>4000 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>PH: (612) 359-9000<br>Fax: (612) 359-3507<br><br>**ATTORNEYS FOR PLAINTIFFS** |