**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHANDAR RATNAM, ASHA CHANDAR, CHANS FOODS, INC., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. <u>1:06-cv-00372-JR</u> |
| BLIMPIE ASSOCIATES LTD., 2001 B.A. REALTY, INC., D.C.B.G., INC., and H STREET COMMUNITY DEVELOPMENT CORPORATION, INC., | |
| Defendants. | |

**ORDER FOR EXTENSION OF**
**TIME FOR PLAINTIFFS AND DEFENDANTS TO RESPOND AND REPLY TO**
**MOTIONS FOR SUMMARY JUDGMENT**

The Court, having considered the Joint Consent and Motion for Extension of Time to Respond to summary judgment motions, and good cause having been shown, this _____ day of August, 2006. It is:

ORDERED that the Consent Motion for Extension of Time is Granted. It is further

ORDERED that Plaintiffs have up to and including August 14, 2006 to file and serve responses to Motions for Summary Judgment filed by Defendants Blimpie Associates, Ltd., 2001 B.A. Realty, Inc., and D.C.B.G., Inc. It is further

ORDERED that Defendants shall have until September 11, 2006, to file and serve reply to Plaintiffs' responses.

_____
Judge James Robertson